UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| GREGORY POTTER, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | No. 3:09-0350 |
| | ) | (Criminal Case |
| v. | ) | No. 3:01-00116-2) |
| | ) | Judge Echols |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

Before the Court is a *pro se* petition brought under 28 U.S.C. § 2241. The petitioner is a federal prisoner presently incarcerated in the Northeast Correctional Complex in Mountain City, Tennessee.

As provided in the Memorandum entered contemporaneously herewith, the instant petition is hereby **DISMISSED WITH PREJUDICE**. Rule 4 – § 2254 Cases.[1] Because an appeal from the judgment of the Court would not be taken in good faith, the petitioner is **NOT CERTIFIED** to pursue an appeal *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

Entry of this Order shall constitute the judgment in this action.

It is so **ORDERED**.

_____
Robert L. Echols
United States District Judge

---

[1] The rules pertaining to § 2254 cases are applicable to requests for *habeas corpus* relief brought under § 2241. Rule 1(b), Rules – § 2254 Cases.